RECEIVED
IN ALEXANDRIA, LA

MAR 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

ROSA M. RUBIO                                            CIVIL ACTION NO. 06-1650-A

-vs-                                                              JUDGE DRELL

MICHAEL J. ASTRUE, COMMISSIONER          MAGISTRATE JUDGE KIRK
OF SOCIAL SECURITY

==============================================================

### J U D G M E N T

Before the Court is the Magistrate Judge's Report and Recommendation suggesting the decision of the Commissioner be affirmed. After conducting an independent (de novo) review of the record including the objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Magistrate Judge's Report and Recommendation. Additionally, the Court specifically finds that substantial evidence supports the Commissioner's Residual Functional Capacity analysis. Further, the Court concludes that even if the Grid Rules championed by Plaintiff were applied, the ultimate result would not change. Accordingly,

IT IS ORDERED that Plaintiff's appeal be DENIED and DISMISSED WITH PREJUDICE, and that the decision of the Commissioner be AFFIRMED.

SIGNED on this ⟋ day of March, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE